UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IRVIN FULLER                                                                                          PLAINTIFF

V.                                        No. 4:20-CV-00002-JTR[1]

HELEN EVANS, Deputy,
Pulaski County Detention Center                                                          DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed, with prejudice. All relief sought is denied, and the case is closed.

DATED this 9th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] By consent of the parties, this case was referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. *See Doc. 43.*